# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| JESSIE COLE YOUNGER, SR. | § | |
| | § | |
| v. | § | Civil Action No. 4:26-cv-00432 |
| | § | Judge Mazzant/Judge Davis |
| LARRY PHILLIPS, ET AL. | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 19, 2026, the Magistrate Judge entered a Report and Recommendation (Dkt. #19) that this civil action be dismissed without prejudice for failure to prosecute.

Having received the report of the United States Magistrate Judge, and no timely objections having been filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that this civil action is **DISMISSED WITHOUT PREJUDICE**. All motions not previously ruled on are hereby **DENIED**.

**IT IS SO ORDERED.**

**SIGNED this 21st day of September, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE